UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEDITERRANEAN SHIPPING CO. (USA) INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA** | * * * * * | **CIVIL ACTION NO.** **SECTION** |
| **Versus** | * * | |
| **CONSOLIDATED GRAIN & BARGE, INC. AKA CONSOLIDATED GRAIN AND BARGE CO.; AND DOES 1-10** | * * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## COMPLAINT

**NOW INTO COURT,** thru undersigned counsel, comes MEDITERRANEAN SHIPPING CO. (USA) INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA, and for its Complaint against Consolidated Grain & Barge, Inc., a/k/a Consolidated Grain & Barge Co., in a cause of breach of maritime contract, avers as follows:

## JURISDICTION

**I.**

This is and admiralty and maritime claim for breach of contract and unpaid freight pursuant to ocean bills of lading and other written agreements, and comprises an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1333(1), and the Shipping Act of 1984, as amended, 46 U.S.C. §§ 40101 *et seq.*

## VENUE

**II**.

Venue is proper in this court as the contract that is the subject of this lawsuit was entered into in Covington, Louisiana, within this District, and the defendant's headquarters and principal

place of business is in Covington, Louisiana. Pursuant to the aforesaid Terms and Conditions **("Exhibit A")** of the aforesaid bills of lading, Defendant agreed that any suit relating to Freight or other amounts due to Plaintiff may be filed in any jurisdiction where the Merchant has a place of business. (See Article IV., *infra*.)

## THE PARTIES

### III.

Plaintiff MEDITERRANEAN SHIPPING CO. (USA) INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA ("MSC") is now and at all times material was, a corporation organized and existing under the laws of New York, authorized at all times relevant to do business in the State of Louisiana, with offices located in Metairie, Louisiana.

### IV.

Defendant CONSOLIDATED GRAIN & BARGE, INC., A/K/A CONSOLIDATED GRAIN AND BARGE CO. ("CGB") is, on information and belief, a corporation organized under and existing by virtue of the laws of the State of Louisiana, with its principal place of business within this district at 1127 Highway 190 East Service Road, Covington, Louisiana.

## THE CLAIM

### V.

On or about April 23, 2017, and April 30, 2017, CGB, through its agent and freight forwarder, Liner American Services, entered into contracts with MSC, evidenced by bills of lading numbered MSCUUN662889 **("Exhibit B")**, MSCUUN660933 **("Exhibit C")**, and MSCUUN665908 **("Exhibit D")**, to transport ninety-eight (98) containers of cargo at a charge to Defendant of $119,075.00, as follows:

| Bill of Lading | No. of Containers | Shipped on Board | Freight owed |
|---|---|---|---|
| MSCUUN662889 (Exhibit B) | 16 conts. Soybeans | April 23, 2017 | $21,635.00 |
| MSCUUN660933 | 50 conts. Soybeans | April 23, 2017 | $57,360.00 |

| | | | |
|---|---|---|---|
| (Exhibit C) | | | |
| MSCUUN665908 (Exhibit D) | 32 conts. Soybeans | April 30, 2017 | $40,080.00 |
| | | **Total:** | $119,075.00 |

**VI.**

"Consolidated Grain and Barge Co." was listed on the aforesaid bills of lading as the "Shipper." The front of each bill of lading, and the terms and conditions of the bill of lading ("**Exhibits A through D"**) both state:

> (On the front of the bills of lading):
> **IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREEES TO ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT.**
>
> The bill of lading terms provide in relevant part:
>
> 1.   DEFINITIONS
>
>   […]
>
> Carrier: means MSC Mediterranean Shipping Company S.A.
>
>   […]
>
> Merchant: includes the Shipper, Consignee, holder of this Bill of Lading, the receiver of the Goods and any Person owning, entitled to or claiming the possession of the Goods or of this Bill of Lading and anyone acting on behalf of this Person.

Thus, for all purposes contemplated by the bills of lading, including payment of freight, costs, and legal expenses incurred in collection of freight, Consolidated Grain & Barge, Inc., A/K/A Consolidated Grain & Barge Co. is the Merchant as defined therein.

**VII.**

The aforesaid containers were loaded in Norfolk, Virginia, destined for Indonesia. The containers were timely delivered by MSC; however, Defendants failed to pay the freight owed to MSC for the transportation of the said containers.

## VIII.

Pursuant to the subject bills of lading, tariff(s) and/or additional documents, Defendants agreed and became obligated to Plaintiff to, among other things, pay all freight charges associated with the transportation of cargo and to pay for costs and attorneys' fees associated with this action to recover unpaid freight.

## IX.

The bill of lading contract terms ("**Exhibit A**") oblige the Defendants as Merchant to pay freight to Plaintiff, and provide as follows:

> 2. CONTRACTING PARTIES AND WARRANTY
> The contract evidenced by this Bill of Lading is between the Carrier and the Merchant. Every Person defined as "Merchant" is jointly and severally liable towards the Carrier for all the various undertakings, responsibilities and liabilities of the Merchant under or in connection with this Bill of Lading and to pay the Freight due under it without deduction or set-off.
>
> […]
>
> 16. FREIGHT AND CHARGES
>
> […]
>
> 16.3 Every Person defined as "Merchant" in clause 1 shall be jointly and severally liable to the Carrier for the payment of all Freight and charges and for the performance of the obligations to each of them hereunder. Any Person engaged by the Merchant to perform forwarding services with respect to the Goods shall be considered to be exclusively the Merchant's agent for all purposes, and any payment of Freight to such Person shall not be considered payment to the Carrier in any event whatsoever. Failure of such third parties to pay any part of the Freight to the Carrier shall be considered a default by the Merchant in the payment of Freight.

## X.

The bill of lading contract terms ("**Exhibit D**") also oblige the Defendants as Merchant to pay costs and attorneys' fees to Plaintiff, as follows:

> 17. [ . . . ]
> The Carrier's lien shall also extend to cover the cost and legal expense of recovering any sums due.
> [ . . . . ]

**XI.**

MSC invoiced Defendants a total of $119,075.00, no part of which has been paid, despite several amicable demands by MSC.

**XII.**

Plaintiff has performed each and all of their obligations, actual and implied, arising pursuant to its contracts with Defendants and imposed by law.

**XIII.**

Plaintiff has demanded payment for various additional costs pursuant to the bills of lading and contracts of carriage but has not received the agreed payments.

**WHEREFORE,** Plaintiff prays that, after due proceedings had, there be judgment in its favor and against Consolidated Grain & Barge, Inc., a/k/a Consolidated Grain & Barge Co., in the amount of $119,075.00, together with attorneys' fees as provided by contract, additional expenses incurred, and all costs of this proceeding, and for such further and other relief as this Court may deem just and proper, and which this Court is competent to grant.

NEW ORLEANS, LOUISIANA, this 5th day of April 2019.

Respectfully submitted,

/s/ Joseph P. Tynan
Joseph P. Tynan (LSBA No. 12973)
Susan Keller-Garcia (LSBA No. 30574)
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130
Telephone: 504.322.4100
Facsimile: 504.754.7569
Email:  Joseph.Tynan@lewisbrisbois.com
            Susan.Keller-Garcia@lewisbrisbois.com

**Attorneys for *MEDITERRANEAN SHIPPING CO. (USA) INC.*, as agent for *MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA***